UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY H. CHRISTY,<br><br>    Defendant. | CASE NO. MJ 10-209<br><br>DETENTION ORDER |

Offense charged:    Conspiracy to Transport Stolen Property in Interstate Commerce

Date of Detention Hearing:    May 13, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has a lengthy criminal history of almost thirty years, including numerous escape charges and/or convictions, and multiple residential burglary charges. He is

associated with four Social Security numbers and at least nine alias names. Despite thirty years of involvement with the state criminal justice system, the Washington State Department of Corrections reports that he has never been actively supervised by their department due to being either in custody, on abscond status, or because supervision was not imposed as a part of the sentence.

(2) Defendant poses a risk of nonappearance because he is unemployed with no visible means of support, is alleged to be a user of controlled substances, may have untreated or undiagnosed mental health concerns, is associated with multiple identifiers, and has previous convictions for escape and violations of supervision. He poses a risk of danger based on criminal history.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of May, 2010.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge